# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


DIGITAL VERIFICATION

SYSTEMS, LLC,

        Plaintiff,

   v.                  No. 5:22-cv-00686-JWH-SP

ENCYRO, INC.,

        Defendant.



ZOOM DEPOSITION OF LEIGH ROTHSCHILD

VOLUME 1 - PAGES 1-130

WEDNESDAY, OCTOBER 12, 2022

NORTH MIAMI, FLORIDA


Reported by:   Marilynn Hoover, RPR

                California CSR No. 8841

1

1      BE IT REMEMBERED THAT, pursuant to the Federal

2  Rules of Civil Procedure, the Zoom video deposition of

3  LEIGH ROTHSCHILD was taken before Marilynn Hoover,

4  California CSR No. 8841; on Wednesday, October 12,

5  2022, commencing at the hour of 1:06 p.m.; the witness

6  testifying from North Miami, Florida.

7

8                        APPEARANCES

9  PALAVAN & MOORE, PLLC

10     BY MR. SHEA PALAVAN

11     5353 West Alabama Street, Suite 303

12     Houston, Texas 77056

13     Telephone:  832-800-4133

14     E-mail:  Shea@palavan.com

15     On behalf of Plaintiff

16

17  LAMKIN IP DEFENSE

18     BY MS. RACHAEL D. LAMKIN

19     One Harbor Drive, Suite 300

20     Sausalito, California 94965

21     Telephone:  916-747-6091

22     E-mail:  RDL@lamkinipdefense.com

23     On behalf of Defendant

24

25  ALSO PRESENT:  Sugouri Batra, in-house counsel

2

```
 1                      EXAMINATION INDEX

 2                                                   PAGE

 3    Examination by Ms. Lamkin                        5

 4

 5                        *   *   *

 6

 7                       EXHIBIT INDEX

 8    EXHIBIT NO.   DESCRIPTION                       PAGE

 9    Exhibit 1     U.S. Patent No. 9,054,860          15

10    Exhibit 2     USPTO patent assignments           34

11    Exhibit 3     Patent assignments                 36

12    Exhibit 4     2009 LLC annual report             36

13    Exhibit 5     Patent assignment                  39

14    Exhibit 6     Patent assignment                  40

15    Exhibit 7     Texas franchise tax public

16                  information report                 43

17    Exhibit 8     Patent Asset Management team       45

18    Exhibit 11    2021 Florida limited liability

19                  company annual report for Patent

20                  Asset Management                   67

21    Exhibit 12    2021 Florida limited liability

22                  company annual report for Matthew

23                  Inventions                         70

24    Exhibit 13    Appeal brief                       74

25    Exhibit 14    Excel file:  Rothschild cases      73
```

3

EXHIBIT INDEX (CONT.)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 18 | Certificate of formation of Rothschild Connected Devices Innovations LLC | 80 |
| Exhibit 19 | Texas secretary of state document in re Rothschild Connected Devices Innovations LLC | 82 |
| Exhibit 20 | Declaration of Leigh Rothschild | 83 |
| Exhibit 21 | Motion for order to show cause | 87 |
| Exhibit 22 | Report and recommendation | 87 |
| Exhibit 23 | Complaint for patent infringement | 98 |
| Exhibit 24 | Texas secretary of state document in re Rothschild Digital Confirmation LLC | 100 |
| Exhibit 25 | 11/01/2021 letter | 102 |
| Exhibit 26 | 11/01/2021 letter | 104 |
| Exhibit 27 | 2021 Florida limited liability company annual report for LMR Inventions LLC | 41 |
| Exhibit 28 | Plaintiff's objections and responses to defendant's first set of written discovery | 120 |
| Exhibit 29 | Affidavit of Leigh Rothschild | 121 |
| Exhibit 30 | Initial infringement chart | 124 |

4

```
 1    WEDNESDAY, OCTOBER 12, 2022; NORTH MIAMI, FLORIDA

 2                    LEIGH ROTHSCHILD,

 3    called as a witness, being duly sworn on oath, was

 4    examined and did testify as follows:

 5              THE STENOGRAPHIC REPORTER:  Thank you.  You      13:06

 6    may begin.                                                13:06

 7                       EXAMINATION                            13:06

 8    BY MS. LAMKIN:                                            13:06

 9       Q.   Good morning, and afternoon, Mr. Rothschild.      13:06

10       A.   Thank you.                                        13:06

11       Q.   My name is Rachael Lamkin and I represent         13:06

12    the defendant in this action.                             13:06

13            I see you have two attorneys with you here        13:06

14    today; is that correct?                                   13:06

15       A.   Yes.                                              13:06

16       Q.   Okay.  Mr. Palavan is your outside counsel;       13:06

17    correct?                                                  13:06

18       A.   That is correct.                                  13:06

19       Q.   Okay.  And Ms. Batra, can you please state        13:06

20    her role for the record.                                  13:06

21       A.   Yes.  She is general counsel to the company.      13:06

22       Q.   "The company" being plaintiff, what I will        13:06

23    call DVS for your deposition.  Is that okay?              13:06

24       A.   Yes.  She's general counsel to the                13:06

25    plaintiff.                                                13:06
```

5

```
 1        A.   It is.                                    13:24

 2        Q.   Is this the patent that you reviewed on your  13:24

 3   Zoom call with your counsel, Mr. Palavan and        13:24

 4   Ms. Batra?                                          13:24

 5        A.   It is.                                    13:24

 6        Q.   If you could please turn to the column 1 of  13:24

 7   the '860 patent, Mr. Rothschild.                    13:24

 8             Mr. Rothschild, who drafted --            13:25

 9        A.   Excuse me, Ms. Lamkin.  I need time to get  13:25

10   there.  I'm not quite there.  Thank you.           13:25

11        Q.   Um-hum.                                   13:25

12        A.   I'm there now, Ms. Lamkin.               13:25

13        Q.   Mr. Rothschild, who drafted column 1 of the  13:25

14   '860 patent?                                        13:25

15        A.   The draft was done by patent prosecution  13:25

16   counsel.                                            13:25

17        Q.   Did you review column 1 of the '860 patent  13:25

18   during prosecution?                                 13:25

19        A.   I do not recall with specificity.         13:25

20             I would point out, I would add to that    13:25

21   answer, if I may, Ms. Lamkin:  That was many, many  13:25

22   years ago, I believe 2008, so -- I believe, so many  13:25

23   years ago.  More than ten?  Yes, 2008.  I'm looking at  13:25

24   the patent to get that date.  So that is, by my      13:25

25   calculations, approximately 14 years ago.           13:26
```

18

```
 1        Q.   You did review this patent with your counsel      13:26

 2   and last night; correct?                                    13:26

 3        A.   We looked at the patent last night,               13:26

 4   Ms. Lamkin.  We -- We reviewed the patent last night.       13:26

 5        Q.   And you also reviewed the patent on your own      13:26

 6   last night?                                                 13:26

 7        A.   Yes.                                              13:26

 8        Q.   Okay.  Mr. Rothschild, how would you explain      13:26

 9   what a module generating assembly in the '860 patent        13:26

10   is to a jury?                                               13:26

11        A.   I would have to look, Ms. Lamkin -- Well, I       13:26

12   would answer by telling you that -- I'm sorry.  Could       13:26

13   you repeat the term again, Ms. Lamkin.  I'd appreciate      13:26

14   that.                                                       13:26

15        Q.   Module generating assembly.                       13:26

16        A.   I would say that a module generating              13:26

17   assembly is what it says in the specification of the        13:26

18   9,054,860 patent.                                           13:26

19        Q.   Yes, sir.  I'm asking, in your words, how         13:27

20   you would explain that term to a jury.                      13:27

21        A.   I would explain it to the jury that it is         13:27

22   what it says in the specification as published in the       13:27

23   9,054,860 patent.                                           13:27

24        Q.   So you have -- Other than how a module            13:27

25   generating assembly is in the patent, you have no           13:27
```

19

```
 1   other -- Strike that.                                 13:27

 2          You will solely rely upon the patent's         13:27

 3   description for module generating assembly in this    13:27

 4   litigation?                                           13:27

 5       A.   Could you rephrase the question, please, or  13:27

 6   repeat the question.                                  13:27

 7       Q.   You will solely rely on the '860 patent's    13:27

 8   description of a module generating assembly in this   13:27

 9   litigation?                                           13:28

10       A.   I will answer your question by saying:  What 13:28

11   is -- What is that module?  That the module is what it 13:28

12   says it is in the patent specification of the         13:28

13   9,054,860 patent, the asserted patent, the patent used 13:28

14   in the complaint, filed in the complaint.             13:28

15       Q.   Sir, my question is this:  My client is      13:28

16   entitled to know how you, as the named inventor, would 13:28

17   describe a module generating assembly to the jury.    13:28

18          You understand that?                           13:28

19       A.   I'm not an attorney, Ms. Lamkin, so I don't  13:28

20   know what your client is entitled to or not.  I       13:28

21   honestly don't.  So my counsel may know, you may know, 13:28

22   but I don't have any idea what your client is entitled 13:28

23   to.                                                   13:28

24          I will tell you that the specification         13:28

25   speaks to all kinds of terminology, and I would tell  13:28
```

20

|     |     |     |
| --- | --- | --- |
| 1   | line 46. | 14:00 |
| 2   | Q.   I want to be perfectly clear that what I'm | 14:00 |
| 3   | asking for is not where in the specification the term | 14:00 |
| 4   | "module generating assembly" is mentioned. | 14:00 |
| 5   | What I'm asking for specifically is:  Where | 14:00 |
| 6   | in the specification is the teaching or the | 14:00 |
| 7   | description that corresponds to the claim limitation | 14:00 |
| 8   | I've read into the record at column 9, lines 9 | 14:00 |
| 9   | through 11? | 14:01 |
| 10  | That's the only thing I want, is:  Where in | 14:01 |
| 11  | the specification is the teaching that corresponds to | 14:01 |
| 12  | the limitation at column 9, lines 9 through 11? | 14:01 |
| 13  | A.   Great.  Great.  I would tell you, in answer | 14:01 |
| 14  | to your question, that I find information -- I don't | 14:01 |
| 15  | know whether -- what the term -- not being an attorney | 14:01 |
| 16  | or a patent attorney, what the term "teaching" means; | 14:01 |
| 17  | but I find information on module generating assembly | 14:01 |
| 18  | in column 1, line 46, where it says -- and I will read | 14:01 |
| 19  | slowly. | 14:01 |
| 20  | Q.   It's okay, Mr. Rothschild.  It's okay.  You | 14:01 |
| 21  | don't have to read into the record. | 14:01 |
| 22  | If you'll just give me the citations. | 14:01 |
| 23  | Column 1, starting at which line? | 14:01 |
| 24  | A.   Line 45 to 48 -- to 49. | 14:01 |
| 25  | Q.   Okay.  And can you please provide any other | 14:02 |

28

| | | |
|---|---|---|
| 1 | citations to the specification that describe the | 14:02 |
| 2 | limitation disclosed at column 9, lines 9 through 11? | 14:02 |
| 3 | A.   Yes.  I find the term "module generating | 14:02 |
| 4 | assembly" in line -- approximately line column 2, | 14:02 |
| 5 | line 17 through 24. | 14:02 |
| 6 | Q.   Great.  Others? | 14:02 |
| 7 | A.   I find the term "module generating assembly" | 14:02 |
| 8 | in column 3, line 46 to 55. | 14:02 |
| 9 | Q.   Thank you.  Any others? | 14:03 |
| 10 | A.   I find the term "module generating assembly" | 14:03 |
| 11 | in the specification of the '860 patent in column 5, | 14:03 |
| 12 | line -- approximately line 5 through line 15 -- I'm | 14:03 |
| 13 | sorry -- line 14. | 14:03 |
| 14 | Q.   Thank you, sir.  Any others? | 14:03 |
| 15 | A.   I find the term "module generating assembly" | 14:03 |
| 16 | in column 5 of the '860 patent, in line 22 -- | 14:03 |
| 17 | approximately line 22 to line 26. | 14:03 |
| 18 | Q.   Thank you.  Others? | 14:03 |
| 19 | A.   I find the term "module generating assembly" | 14:03 |
| 20 | in the '860 patent -- asserted patent, in column 5, | 14:04 |
| 21 | line 30 through line 35. | 14:04 |
| 22 | Q.   Thank you.  Any others? | 14:04 |
| 23 | A.   I find the term "module generating assembly" | 14:04 |
| 24 | in the '860 patent in line, approximately, 53 -- | 14:04 |
| 25 | column 5, line 53 through line approximately 60 -- | 14:04 |

29

1    fifty -- correcting that to line 59.                    14:04

2        Q.   Thank you, Mr. Rothschild.                     14:04

3             And any other discussions of citation --       14:04

4    Sorry.  Strike that.                                    14:04

5             Any other discussions in the specification     14:04

6    of the '860 patent for the limitation disclosed at      14:04

7    column 9, lines 9 through 11?                           14:04

8        A.   Ms. Lamkin, I can't say with specificity if    14:05

9    there's any others; but those are ones that I noted     14:05

10   when I reviewed the patent a few minutes ago during     14:05

11   our break, that are contained within the                14:05

12   specifications.  To be clear, there may be others.      14:05

13       Q.   Okay.  Please take your time, sir.  I need     14:05

14   you to highlight all of them.  Take it -- This is why   14:05

15   we're here:  You're the named inventor on this patent   14:05

16   and we need to understand it.                           14:05

17            So I need to know, in your opinion, all        14:05

18   discussions in the specification for the limitation at  14:05

19   column 9, lines 9 through 11.                           14:05

20       A.   Those are the ones, Ms. Lamkin, that I've --   14:05

21   that I have found.                                      14:05

22       Q.   Okay.  Thank you.  And in the citations that   14:05

23   you have just provided, can you find any discussion of  14:05

24   the specific language -- not just the term "module      14:05

25   generating assembly," but the specific language --      14:05

30

```
1   appearing in the limitation at column 9, lines 9        14:05
2   through 11?                                             14:06
3       A.   I would believe the answer -- Strike that.    14:06
4           The answer would be that the teaching or       14:06
5   that the wording is as contained in the specification.  14:06
6       Q.   I'm sorry.  I don't understand.  I don't      14:06
7   understand that.                                        14:06
8           MR. PALAVAN:  One second.  One second.         14:06
9           Leigh, can you just move your camera to your   14:06
10  right.  You keep leaning to the right, so if you could  14:06
11  just move it to the right.                              14:06
12          THE WITNESS:  I'm leaning to the right,         14:06
13  Mr. Palavan, because I'm looking at the patent.         14:06
14          MR. PALAVAN:  Yeah, that's what I'm saying.    14:06
15  So can you just shift your thing to the right?  Yeah,   14:06
16  there you go.  Perfect.                                 14:06
17          THE WITNESS:  Does that help?                  14:06
18          MR. PALAVAN:  Yeah.  That way, Ms. Hoover is   14:06
19  not having to go like this in following you.            14:06
20          THE WITNESS:  Perfect.  Happy to               14:06
21  accommodate.                                            14:06
22          Could you rephrase the question.  Could you    14:06
23  restate the question, Ms. Lamkin.                       14:06
24      Q.   BY MS. LAMKIN:  I'm asking you to explain     14:06
25  your response to the question.                          14:06
```

31

1    Ms. Hoover, can you reread his response.        14:06

2              (Record read.)                         14:06

3         THE WITNESS:  I'm asking Ms. Lamkin to      14:07

4    repeat the question, not my answer, Ms. Hoover and    14:07

5    Ms. Lamkin.                                       14:07

6         MS. LAMKIN:  Okay.  I'll do it.             14:07

7    Q.   BY MS. LAMKIN:  In the citations that you   14:07

8    just provided, please point out any discussion of the    14:07

9    specific language in column 9, lines 9 through 11.    14:07

10   A.   My answer would be that the wording in the    14:07

11   specifications speaks for itself.  I have no       14:07

12   interpretation to provide.                        14:07

13   Q.   I'm not asking for interpretation, sir.  I'm    14:07

14   asking you to point to a specific discussion of the    14:07

15   language in column 9, lines 9 through 11, in the    14:07

16   citations you've provided.                        14:07

17   A.   My answer would be that the wording in the    14:07

18   specification speaks for itself.                  14:07

19   Q.   And can you point to any language in the    14:07

20   specification that discusses "a module generating    14:08

21   assembly structured to receive at least one       14:08

22   verification data element corresponding to the at    14:08

23   least one entity"?                                14:08

24   A.   My answer would be, as I repeat it again,    14:08

25   Ms. Lamkin -- I'll repeat it again -- that the wording    14:08

                                                      32

```
1       Q.   Is that an accurate statement in your          16:26
2   declaration?                                            16:26
3       A.   Yes.                                           16:26
4       Q.   Just read it into the record:  "I have more    16:26
5   than 20 years of experience involving claim             16:26
6   construction and claim charts in connection with        16:26
7   patent litigation.  I also personally analyzed the      16:27
8   claims and the claim constructions in this case prior   16:27
9   to the filing of the lawsuit," unquote.                 16:27
10          That statement's accurate, Mr. Rothschild?      16:27
11      A.   I believe it's accurate as to this case, as    16:27
12  to the --                                               16:27
13      Q.   Do you -- Please, sir.                          16:27
14      A.   I believe it's accurate -- Thank you.  I       16:27
15  believe it's accurate as to this case, in the case of   16:27
16  -- and accurate as to this patent, 8,788,090.           16:27
17      Q.   Okay.  And then the next page, let me know     16:27
18  when you've read that.                                  16:27
19      A.   I've completed reading it, Ms. Lamkin.         16:28
20      Q.   Okay.  Is there anything in this declaration   16:28
21  that you -- that is inaccurate, to the best of your     16:28
22  recollection?                                           16:28
23      A.   There is not, to the best of my                16:28
24  recollection.                                           16:28
25      Q.   Okay.  Do you recall in the RCDI matter that   16:28
```

84

1    the District Court ultimately awarded attorneys' fees        16:28
2    against RCDI?                                                16:28
3         A.   I recall that in the -- in this matter, the       16:28
4    District Court did not award attorneys' fees against         16:28
5    RCDI.  Your statement is not correct.                        16:29
6         What happened, to the best of my                        16:29
7    recollection, is the court denied attorneys' fees.           16:29
8    The other side appealed, to the best of my knowledge,        16:29
9    to the federal circuit.  The circuit came back and           16:29
10   contradicted or disagreed with the federal district          16:29
11   judge and told the district judge -- told the district       16:29
12   judge to award attorneys' fees.  And, at that point,         16:29
13   the attorneys -- I'm sorry -- the federal district           16:29
14   judge followed the circuit's recommendation and              16:29
15   awarded attorneys' fees against the plaintiff,               16:29
16   Rothschild Connected Device Innovation.                      16:29
17        Q.   And then when the District Court awarded           16:29
18   attorneys' fees against RCDI, did RCDI pay the               16:29
19   attorneys' fees?                                             16:29
20        A.   RCDI attempted to negotiate to pay the            16:29
21   attorneys' fees with the plaintiff.  The plaintiff did       16:30
22   not accept, to the best of my knowledge -- I'm sorry.        16:30
23   The defendant.  Excuse me.  The defendant did not            16:30
24   accept our offer to pay.                                     16:30
25        RCDI was prepared to pay attorneys' fees in             16:30

85

```
 1    some amount, and was negotiating back and forth for        16:30

 2    lower amounts, which was agreed to at some point by        16:30

 3    the defendant.  But a solution -- We were in               16:30

 4    negotiations, continual negotiations.  A settlement        16:30

 5    was never reached.  RCDI never refused to pay              16:30

 6    attorneys' fees at any point, to the best of my            16:30

 7    knowledge.  That was done by my general counsel, at        16:30

 8    the time, in the negotiation process.                      16:30

 9            So your statement about refusing to pay            16:31

10    attorneys' fees, or didn't pay them, is not correct,       16:31

11    Ms. Lamkin.                                                16:31

12            MS. LAMKIN:  I'm going mark as Exhibits 21         16:31

13    and 22 --                                                  16:31

14            THE WITNESS:  I'd also point out for the           16:31

15    record, for your further knowledge, Ms. Lamkin, that a     16:31

16    judgment was never obtained, to the best of my            16:31

17    knowledge, against the company.                            16:31

18            The court was in fact inquiring, the federal       16:31

19    district court, why the -- why the defendant did not       16:31

20    go for a judgment in this matter, and the defendant        16:31

21    said at this point they didn't want a judgment.  It        16:31

22    might have been because there was negotiations ongoing     16:31

23    and that the matter was supposed to be settled between     16:31

24    the parties -- which is what the court, I believe,         16:32

25    from my point of view, was hoping for.                     16:32
```

86

1      A.   Correct.                                    16:33

2      Q.   Okay.  Exhibit 21 goes on to say at         16:34

3  paragraph 2:  "As part of the fee submission, ADS    16:34

4  requested that this court hold Mr. Rothschild jointly 16:34

5  and severally liable with RCDI."                     16:34

6          Quote:  "So as not to require further        16:34

7  unnecessary litigation, ADS seeks the award of fees  16:34

8  and expenses to be entered jointly and severally     16:34

9  against the entity RCDI and its sole member, Leigh M. 16:34

10 Rothschild, as the two are one in the same."         16:34

11         Does that refresh your recollection that ADS 16:34

12 tried to name you as a party in this matter,         16:34

13 Mr. Rothschild?                                       16:34

14     A.   That's correct.                             16:34

15     Q.   And then in paragraph 3 of Exhibit 21, it   16:34

16 says:  "On November 8th, 2017, the court ordered the 16:34

17 fee order."                                           16:35

18         Quote:  "It is ordered that Rothschild       16:35

19 Connected Devices Innovations ('Rothschild') shall pay 16:35

20 ADS attorneys' fees and costs."                      16:35

21         Again, is that consistent with your          16:35

22 recollection that ADS -- that RCDI was ordered to pay 16:35

23 attorneys' fees and costs in this matter?            16:35

24     A.   That's correct.                             16:35

25     Q.   In paragraph 4, it says:  "This court       16:35

88

| | | |
|---|---|---|
| 1 | and five dollars as its assets? | 16:36 |
| 2 | A.  I do not recall that.  I do not know if | 16:37 |
| 3 | that's correct. | 16:37 |
| 4 | Q.  Okay.  Do you have any reason to doubt that | 16:37 |
| 5 | representation by RCDI at the time? | 16:37 |
| 6 | A.  I have every reason to doubt it, because I | 16:37 |
| 7 | don't have any knowledge of it. | 16:37 |
| 8 | Q.  Okay.  "As of the date of this motion, RCDI | 16:37 |
| 9 | has failed to comply with the fee order, as RCDI has | 16:37 |
| 10 | neither paid the amount directed to be paid ... nor | 16:37 |
| 11 | has RCDI made any notification to this court." | 16:37 |
| 12 | Is that consistent with your recollection of | 16:37 |
| 13 | the matter, sir? | 16:37 |
| 14 | A.  It is not consistent, in the fact that I | 16:37 |
| 15 | testified earlier that negotiations were ongoing, | 16:37 |
| 16 | where we made several offers to pay from our general | 16:37 |
| 17 | counsel at the time to the company.  Numerous | 16:37 |
| 18 | discussions, in my memory, were held and negotiations | 16:37 |
| 19 | went back and forth in terms of payment, right until | 16:38 |
| 20 | the case ended. | 16:38 |
| 21 | Q.  Do you have any recollection of RCDI ever | 16:38 |
| 22 | paying to ADS the ordered fee award? | 16:38 |
| 23 | A.  I do not. | 16:38 |
| 24 | Q.  Turn to Exhibit 22. | 16:38 |
| 25 | A.  But I would add to the statement that a | 16:38 |

90

1   judgment was never entered in this matter, as I          16:38

2   testified to earlier, that the court was asking why      16:38

3   the plaintiff was -- why the defendant, excuse me, was   16:38

4   not seeking a judgment.  No answer, to my knowledge,     16:38

5   was given.  And I again repeat for the record that       16:38

6   negotiations were ongoing, where offers were made to     16:38

7   pay this amount from RCDI to the defendant.              16:38

8        Q.   Mr. Rothschild, I've personally reviewed the   16:38

9   docket.  I don't see any evidence of that.               16:38

10        Do you think you can produce that evidence,        16:38

11   sometime after this deposition, for my review?          16:38

12        A.   Many years ago.  I have no knowledge whether  16:38

13   it would be evidence or not.  The person that was the   16:38

14   general counsel at the time no longer works for us and  16:39

15   hasn't for many, many years.  He would hold those       16:39

16   records, if there were any records.  What happened to   16:39

17   them, I don't know.  I've never seen anything in that   16:39

18   regard.  But I am testifying hereto that there were     16:39

19   numerous conversations that were held, as reported to   16:39

20   me by counsel, to pay.                                  16:39

21        Q.   Looking now at Exhibit 22, an order dated     16:39

22   August 13th, 2019.                                      16:39

23        Do you understand, sir, that a report and         16:39

24   recommendation is an order from the court?              16:39

25        A.   I'm sorry.  Say again.                        16:39

                                                            91

1        I do know that the court specifically told,        16:43

2   as I previously testified, that I would not be brought  16:43

3   into the case until service was effectuated and a        16:43

4   hearing would be held on the matter to determine the     16:43

5   merits of bringing me in.  And --                        16:43

6        Q.   And --                                         16:43

7        A.   Excuse me.  And I believe the record          16:44

8   supports that.                                           16:44

9        Q.   Did either RCDI or you personally ever pay     16:44

10  any portion of the court order awarding attorneys'       16:44

11  fees in this matter?                                     16:44

12       A.   I repeat my testimony that no payment was      16:44

13  made for RCDI, and that ongoing negotiations were        16:44

14  being held to effectuate payment, but a judgment was     16:44

15  never filed by the court, even though the court was      16:44

16  wondering if they were going to seek a judgment.         16:44

17       I also repeat my testimony -- I also state         16:44

18  for the record that I was never asked by the court to    16:44

19  pay anything; that the court was -- the court was        16:44

20  asking for me to be served, to decide whether they       16:44

21  were to bring me into the case.                          16:44

22       Q.   Mr. Rothschild, you have a right, and I'm --   16:44

23  I'm perfectly happy to let you explain your answer,      16:44

24  but I first need an answer.                              16:44

25       So it's a yes-or-no question, and then,            16:44

95

```
1    please, you have a right to explain yourself.        16:45
2         Did RCDI ever pay any attorneys' fees           16:45
3    pursuant to the order ordering attorneys' fees to be 16:45
4    paid?                                                16:45
5         A.   No, we did not.                            16:45
6         Q.   Okay.  And did you personally ever pay any 16:45
7    attorneys' fees based on the order from the court    16:45
8    ordering that attorneys' fees be paid?               16:45
9         A.   No.  And to explain, as you said you would 16:45
10   currently allow me to explain:  I was never ordered by 16:45
11   the court to pay anything to RC -- from RCDI or pay  16:45
12   anything to -- I'm sorry.  I was never ordered by the 16:45
13   court, me personally, to pay any sum of money to the 16:45
14   defendant.                                           16:45
15        Q.   And your recollection is that's because you 16:45
16   were not properly served; right?                     16:45
17        A.   My recollection would be that I was not    16:45
18   properly served, and the court had stated that I would 16:45
19   need to be properly served and that the court would  16:45
20   have a hearing to determine the merit of bringing me 16:45
21   into the case.                                       16:46
22        Q.   You could have paid the money; right?  You 16:46
23   knew the court ordered attorneys' fees paid, and     16:46
24   either you or RCDI could have paid the money; right? 16:46
25        A.   Absolutely incorrect.                      16:46
```

96

DISCOVERY COURT REPORTERS   www.discoverydepo.com        1-919-424-8242

1    Q.   Why not?                                        16:46

2    A.   As far as me paying the money, I had no         16:46

3  obligation, as I just said, to pay any money.  It     16:46

4  would be absolutely not the case that I had any       16:46

5  obligation, any legal obligation, at that point, to   16:46

6  pay.  And as I've testified -- So that's the answer to 16:46

7  the second question, as to why I didn't pay.  I had no 16:46

8  legal obligation to pay.                               16:46

9        Your first question, I believe, Ms. Lamkin,     16:46

10 is why RCDI did not pay.  As I've testified to now     16:46

11 numerous times today, RCDI was in negotiation with the 16:46

12 defendant as to effectuate a payment settlement.       16:46

13   Q.   The court issued an order ordering RCDI to      16:46

14 pay attorneys' fees; correct?                          16:46

15   A.   I believe so.                                   16:46

16   Q.   And RCDI did not honor that order; correct?     16:47

17   A.   I don't know if the order was not honored.      16:47

18 That would be a legal determination.  But I will tell  16:47

19 you, and I've testified and I will testify again, that 16:47

20 the company RCDI was in negotiation to pay to the      16:47

21 defendant an amount of money that would satisfy them   16:47

22 in this matter.                                        16:47

23        MS. LAMKIN:  I'm going to mark Exhibit 23       16:47

24 the complaint from case number 1:19-cv-01109,          16:47

25 Rothschild Digital Confirmation v. CompanyCam.         16:48

                                                      97

| | | |
|---|---|---|
| 1 | (Exhibit 23 marked.) | 16:48 |
| 2 | Q.  BY MS. LAMKIN:  Have you ever seen | 16:48 |
| 3 | Exhibit 23 before, Mr. Rothschild?  And I'm happy to | 16:48 |
| 4 | flip through it if that would help you. | 16:48 |
| 5 | A.  Well, Ms. Lamkin, for the record, I'm only | 16:48 |
| 6 | seeing the first two sentences after the title page, | 16:48 |
| 7 | "plaintiff ... through its undersigned attorneys" -- | 16:48 |
| 8 | and now you're scrolling. | 16:48 |
| 9 | Q.  Correct.  Would you like me to scroll | 16:48 |
| 10 | through the document for you, sir? | 16:48 |
| 11 | A.  Yes, I would.  Yep. | 16:48 |
| 12 | Q.  Okay.  I'll just do it page by page, and you | 16:48 |
| 13 | tell me when you're ready for the next page. | 16:48 |
| 14 | A.  Ms. Lamkin, are you asking me to read each | 16:48 |
| 15 | page, or you just want me to kind of quickly scroll | 16:48 |
| 16 | through it? | 16:48 |
| 17 | Q.  I'm sure not, sir.  I'm just -- Whatever you | 16:48 |
| 18 | need to tell -- to ascertain whether or not you've | 16:48 |
| 19 | seen this document before. | 16:48 |
| 20 | A.  I don't recollect with specificity whether | 16:48 |
| 21 | I've seen the document before. | 16:48 |
| 22 | Q.  Okay.  In general, do you review the | 16:49 |
| 23 | complaints before they're filed? | 16:49 |
| 24 | Let me ask that a better way, sir.  That's a | 16:49 |
| 25 | terrible question. | 16:49 |

98

```
 1        A.    Sometimes I do, sometimes I don't.  I will      16:49
 2   tell you that I rely upon my attorneys to file a           16:49
 3   correct complaint.                                         16:49
 4        Q.    Do you recall this case, RDC v. CompanyCam?      16:49
 5        A.    There is a recollection but not with            16:49
 6   specificity.                                               16:49
 7        Q.    What do you remember about this case?           16:49
 8        A.    I remember that you were counsel, I believe,    16:49
 9   for the defendant.                                         16:49
10        Q.    Do you remember anything else?                  16:49
11        A.    I remember that a settlement was achieved,      16:49
12   no money was paid by either side; that counsel -- my       16:49
13   counsel negotiated with you, Ms. Lamkin, and I guess       16:49
14   on behalf of the client --                                16:49
15        Q.    Wait, wait.  Don't -- If you're about to --     16:49
16   Don't say any of the terms on the record, because it's     16:49
17   a separate matter.                                         16:49
18        A.    Hmm.  Settlement was achieved --                16:49
19        Q.    Okay.  Fine.                                    16:50
20        A.    -- to the full satisfaction of all action.      16:50
21        Q.    I'm going to move to strike that.  It's a       16:50
22   confidential, unrelated matter; so let's just not have     16:50
23   that on the record, please, sir.                           16:50
24              Do you recall which entity or persons are       16:50
25   the manager, or were the manager, of RDC?                  16:50
```

99