Shea N. Palavan (State Bar No. 339543)
shea@palavan.com
PALAVAN MOORE
**PALAVAN & MOORE, PLLC**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)

Attorneys for Plaintiff,
DIGITAL VERIFICATION SYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>*Plaintiff*,<br><br>V.<br><br>ENCYRO, INC.,<br><br>*Defendant*. | Case No. 5:22-CV-00686-JWH-SP<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:       Hon. John W. Holcomb<br>Courtroom:   9D |

COMES NOW, Plaintiff, Digital Verification Systems, LLC (hereinafter, "Plaintiff"), and Defendant, Encyro, Inc. (hereinafter, "Defendant"), by and through their respective undersigned counsel, hereby respectfully file this *Joint Notice of Settlement and Stipulation of Dismissal*, and, in support thereof, would hereby respectfully show unto this Honorable Court as follows:

     The matter has been settled. Therefore, including pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii), the parties hereby respectfully stipulate to the dismissal of this case with prejudice, including all claims of Plaintiff and all claims of Defendant, with each party to bear its own costs and expenses.

Dated: February 24, 2023

Respectfully submitted,

**PALAVAN & MOORE, PLLC**

*/s/ Shea N. Palavan*
Shea N. Palavan (State Bar No. 339543)
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 303-0704
Facsimile: (855) PALAVAN (725-2826)
   shea@houstonip.com

Jay Johnson
   jay@kjpllc.com
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165

Stephen Lobbin (State Bar No. 181195)
   sml@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
La Jolla, California 92037
Telephone: (949) 636-1391
Facsimile: (214) 451-0165

*Attorneys for Plaintiff,*
DIGITAL VERIFICATION SYSTEMS, LLC


*/s/ Rachael D. Lamkin*
Rachael D. Lamkin
Lamkin IP Defense
One Harbor Drive, Suite 300
Sausalito, California 95965
RDL@LamkinIPDefense.com
916.747.6091

*Attorneys for Defendant,*
ENCYRO, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, per FEDERAL RULE OF CIVIL PROCEDURE 4 and 5 and this Court's Procedures, Orders, Schedule, and Rules, including CIVIL LOCAL RULE 5-3 and 5-4, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail and/or the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

Dated: February 24, 2023                            /s/ *Shea N. Palavan*
                                                               Shea N. Palavan